1  BENJAMIN B. WAGNER
   U.S. Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,  )<br>     v.                   )<br>                          )<br>JOHNTA LEXUS WATERS,      )<br>            Defendant.   )<br>_____) | MAG. NO.  12-0279-DAD<br><br>MOTION TO DISMISS COMPLAINT<br>AND ORDER |

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 12-0279-DAD against defendant WATERS is GRANTED.

Dated: December 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE